July 9, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

RICHARD LEE HELMS AND CLYTEL RENEE HELMS AND ALL
OCCUPANTS, Appellants

NO. 14-15-00451-CV                    V.

US BANK NATIONAL ASSOCIATION, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on April 13, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellants, Richard Lee Helms and Clytel Renee Helms and all Occupants.

We further order this decision certified below for observance.